Richard M. Hymas (1612)
Julia D. Kyte (USB 13113)
Ashley M. Gregson (USB No. 13716)
**DENTONS DURHAM JONES PINEGAR, P.C.**
111 South Main Street, Suite 2400
Salt Lake City, UT  84111
Telephone: (801) 415-3000
rick.hymas@dentons.com
julia.kyte@dentons.com
ashley.gregson@dentons.com

Attorneys for Defendant Lone Peak Surgery Center

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| SAVANNAH GONZALEZ, an individual, SERGIO JESUS GONZALEZ, an individual, and ROES I-X, <br><br> Plaintiffs, <br><br> v. <br><br> LONE PEAK SURGERY CENTER, an organization, and ROES I-X, <br><br> Defendants. | **JOINT NOTICE OF SETTLEMENT** <br><br><br> Civil No. 2:21-cv-00517-DBB-JCB |

Plaintiffs Savannah Gonzalez and Sergio Jesus Gonzalez ("Plaintiffs") and Defendant Lone Peak Surgery Center ("Defendant") submit this Joint Notice of Settlement to notify the Court that they have reached a settlement of this case and are in the process of preparing and finalizing a settlement agreement for execution by the parties.  Once the settlement agreement has been finalized and signed by the parties and takes effect, Plaintiffs will submit to the Court a notice of dismissal with prejudice pursuant to Rule 41(a)(1)(A)(i), which the parties anticipate

will occur within the next 30 days.  The parties request that the time for Defendant to file its response to Plaintiffs' Complaint, which is due on November 22, 2021, and all other filing deadlines in the case, be tolled pending the finalization of the settlement and the submission to the Court of Plaintiffs' notice of dismissal with prejudice pursuant to Rule 41(a)(1)(A)(i).

DATED this 22nd day of November, 2021.

**DENTONS DURHAM JONES PINEGAR, P.C.**

/s/ Richard M. Hymas
Richard M. Hymas
Attorney for Defendant

DATED this 22nd day of November, 2021.

**ALLEBEST LAW GROUP**

/s/ Jared Allebest*
Jared Allebest
Attorney For Plaintiffs

*Mr. Allebest's electronic signature has been affixed to this document with his consent.

## CERTIFICATE OF SERVICE

I certify that I served a copy of **JOINT NOTICE OF SETTLEMENT** was served this 22nd day of November, 2021, via the Utah District Court's electronic filing system, and via email, upon the following:

Jared Allebest
Allebest Law Group
8978 South Quarry Stone Way
Sandy, UT 84094
jared@allebest.com

/s/ Kristin Hughes
Legal Assistant

3

SLC_5672719.1